C. A. No. 76-34. State *v.* Nicholas Palmigiano. This case came before the court on the State's motion to affirm the judgment below. It was discovered that the appeal was from the denials of certain motions to dismiss indictments in the Superior Court. It became evident that the appeal presented piecemeal review. Since such review is not countenanced by this court, the defendant's appeal is dismissed sua sponte. *Maloney* v. *Daley,* 115 R.I. 375, 346 A.2d 120 (1975). *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Nicholas Palmigiano,* defendant, pro se.

Appeal No. 74-317. Kenneth L. Weeks *v.* Personnel Board of Review of Town of North Kingstown. Since the members of this court who heard this case are evenly divided, the case is assigned for reargument before the full bench on November 1, 1976. *Charles H. Gifford III,* for plaintiff. *Taft & McSally, Bernard F. McSally,* for defendant.